Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendants:
Quality Loan Service Corporation and
Aurora Loan Services, LLC

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE S. HERNANDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC, a Foreign Limited-Liability Company; QUALITY LOAN SERVICE CORPORATION, a Foreign Corporation; REPUBLIC SILVER STATE DISPOSAL, INC. dba REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; GREENHEAD INVESTMENTS, INC., a California Corporation; NEVADA LEGAL NEWS, LLC, a Nevada Limited-Liability Company; DOES I through XX; and BUSINESS ENTITIES I through XX,<br><br>  Defendants. | Case No.: 2:10-cv-02227-RLH-GWF<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT FILED BY QUALITY LOAN SERVICE CORPORATION AND AURORA LOAN SERVICES, LLC** |

Defendants, Quality Loan Service Corporation and Aurora Loan Services, LLC, by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion for Summary Judgment ("Motion") pursuant to FRCP 56 on January 25, 2011 (Docket No. 6). The Docket Report indicates that a Response to the Motion was due by February 18, 2011. No Response has been filed.

- 1

1  The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

2  1. Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion for Summary Judgment was required to be filed with the Court and served within fourteen days after service of the motion. No Response and/or Opposition has been filed by the Plaintiff regarding this matter. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in response to any Motion shall constitute consent to the granting of the motion.

3  2. The Court does not grant summary judgment solely on the basis of the local rule violation. However, the Court may grant the motion on any basis supported by the record. *Henry v. Gill Industries, Inc.,* 983 F. 2d 943 (9th Cir. 1993); *United States v. Washington,* 969 F.2d 752 (9th Cir. 1992). The Court has considered the record based upon the Motion for Summary Judgment and the documentation and evidence which is provided in the Motion and finds that the record supports the granting of the Motion.

IT IS THEREFORE ORDERED, that based on the foregoing, Defendant's Motion for Summary Judgment is GRANTED and Defendants, Quality Loan Service Corporation and Aurora Loan Services, LLC, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the lis pendens affecting the property located at 1521 Arabian Dr., Henderson, Nevada (APN 179-27-511-003) and recorded by Plaintiff on December 20, 2010 in the public records of Clark County, Nevada as instrument number 201012200003073 is hereby expunged and shall have no further force or effect.

IT IS SO ORDERED this 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

McCarthy & Holthus

By: /s/*Christopher M. Hunter*
    Christopher M. Hunter

- 2 -