# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUADALUPE S. HERNANDEZ,<br><br>           Plaintiff,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, a Foreign Limited-Liability Company; QUALITY LOAN SERVICE CORPORATION, a Foreign Corporation; REPUBLIC SILVER STATE DISPOSAL, INC. dba REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; GREENHEAD INVESTMENTS, INC., a California Corporation; NEVADA LEGAL NEWS, LLC, a Nevada Limited-Liability Company; DOES I through XX; and BUSINESS ENTITIES I through XX,<br><br>           Defendants. | Case No.: 2:10-cv-02227-RLH-GWF<br><br>**O R D E R**<br><br>(Notice of Intent to Dismiss Pursuant to Rule 4(m)–#11) |

        Plaintiffs filed suit on December 8, 2010, in state court alleging various claims related to the foreclosure on her property. The case was removed to this Court on December 22. On April 28, 2011, the Court entered a Notice of Intent to Dismiss Pursuant to Federal Rule of Civil Procedure 4(m) (#11) due to Plaintiff Guadalupe Hernandez' failure to provide the Court

1

with proof of service for Defendants Mortgage Electronic Registration Systems, Inc., Greenhead Investments, Inc., Nevada Legal News, LLC, Republic Silver State Disposal, Inc., and 1st National Lending Services.

Rule 4(m) of the Federal Rules of Civil Procedure states, "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The Court ordered Plaintiff to provide service by May 28 or have her case dismissed. Plaintiff has failed to provide the Court with proof of service for Defendants despite the Court's notice of intent to dismiss. Therefore, the Court dismisses these Defendants. Also, as these are the last remaining Defendants, the Court dismisses this case.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that the unserved Defendants are dismissed. As these are the last remaining Defendants, the Clerk of the Court is directed to close this case.

Dated: July 5, 2011.

_____
ROGER L. HUNT
Chief United States District Judge